UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DENNIS, | No. C 10-3093 SI (pr) |
|     Petitioner, | **JUDGMENT** |
|    v. | |
| ARNOLD SCHWARZENEGGER, | |
|     Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 8, 2011

                                        SUSAN ILLSTON
                                   United States District Judge